# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0575

VERSUS

MICHAEL JEFFERY KLEINPETER, JR.

**SEPTEMBER 03, 2020**

---

In Re:    Michael Jeffery Kleinpeter, Jr., applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2676-F-2020.

---

**BEFORE:  McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.** The district court is proceeding towards disposition of relator's pending motions. According to the records of the St. Tammany Parish Clerk of Court's Office, a motion hearing in relator's case is set for October 8, 2020.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT